**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARKO ZNAK,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1264-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA,** | § | |
| | § | |
| **Respondent.** | § | |

## <u>ORDER</u>

On this day, the Court considered the case.  Znak is a Ukrainian citizen who has been ordered removed.  Mot. 4, ECF No. 2.  On November 25, 2025, immigration authorities detained him.  Pet. ¶ 11.

Respondents argue that Znak's Petition should be denied.  Resp. 1, ECF No. 8. Particularly, although Respondents were unsuccessful in removing Znak on April 29, they have now received his travel documents.  *Id.*  Thus, Respondents anticipate Znak will be removed "in the near future."  *Id.*

Accordingly, Respondents are **ORDERED** to **FILE** a status update by **<u>no later than June 5, 2026</u>**, specifying:

(1) Whether Znak has been removed from the United States,

(2) If not, the reasons for the delay and concrete steps taken to address them, and

(3) The anticipated timeline for Znak's removal from the United States.

**IT IS FURTHER ORDERED** that if any deadline set in this Order falls on a weekend or holiday, that deadline is extended to the following business day.

2

**SO ORDERED**.

**SIGNED this 22nd day of May, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE