**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **MARKO ZNAK,** | § | |
| | § | |
| **Petitioner,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-26-CV-1264-KC** |
| | § | |
| **WARDEN, ERO EL PASO CAMP** | § | |
| **EAST MONTANA,** | § | |
| | § | |
| **Respondent.** | § | |

## <u>ORDER</u>

On this day, the Court considered Respondent's Presumed Opposed Motion for Extension of Time, ECF No. 19. On June 8, 2026, the Court granted in part Znak's Petition and ordered Respondents to either lawfully remove Znak form the United States or to release him from custody, by June 22. June 8, 2026, Order, ECF No. 14. The Court did so after finding that Respondents failed to meet their burden of proving that Znak's removal was significantly likely in the reasonably foreseeable future. *Id.* at 2.

Respondents now ask that the Court extend their deadline because they have scheduled Znak for a removal flight on July 1, 2026. Mot. 1. The crux of a habeas petition brought under *Zadvydas* is that the individual, subject to a final removal order, should be released when their detention becomes indefinite. Because Respondents now represent to the Court that they have a date certain in the near future by which they can remove Znak from the country, his detention is not indefinite. However, any additional delays undermine this conclusion. Therefore, Respondents are cautioned that they must effectuate Znak's removal by July 2, and if they cannot do so, they must release Znak by the same date.

2

Accordingly, the Court **ORDERS** that, **on or before July 2, 2026**, Respondents shall either lawfully **REMOVE** Znak from the United States or **RELEASE** Znak from custody under reasonable conditions of supervision.

**IT IS FURTHER ORDERED** that, **on or before July 2, 2026**, Respondents shall **FILE** notice informing the Court whether Znak has been removed from the country or released from custody in compliance with this Order.

**There will be no further extensions of the July 2, 2026, deadlines**, unless they fall on a weekend or holiday, in which case, the deadlines are extended to the following business day.

**SO ORDERED**.

**SIGNED this 23rd day of June, 2026.**

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE

2